Jeffrey I. Golden
Chapter 7 Trustee
650 Town Center Drive, Suite 600
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| In Re: | Case No.: 8:23-bk-10223-TA |
|---|---|
| CALI ONE SERVICES, INC. | Chapter 7 |
| Debtor. | **NOTICE OF ASSET CASE (NO CLAIMS BAR DATE REQUIRED)** |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Jeffrey I. Golden, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case hereby notifies the Clerk of the United States Bankruptcy Court that there is a possibility that assets may be administered in this case. The 341(a) meeting of creditors has been concluded in this case. At this time, however, there are currently no funds on hand to make dividend payments to creditors. Therefore, no claim bar date should be fixed to this case.

Dated: May 8, 2023

/s/ Jeffrey I. Golden
JEFFREY I. GOLDEN
Chapter 7 Trustee

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 600, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **NOTIFICATION OF ASSET CASE (NO CLAIMS BAR DATE REQUIRED)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 8, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nicholas Connon nconnon@connonwood.com
Jeffrey I Golden (TR) lwerner@go2.law,
jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com
Bernard J Kornberg bernard.kornberg@practus.com, elw@severson.com
Marcus G Tiggs mtiggs@lawbwl.com, bribwl@gmail.com;18631@notices.nextchapterbk.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **Date,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **Date,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 8, 2023 | Lori Werner | /s/ Lori Werner |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE